Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−18035−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Geraldine J. Morgan
   1094 Battlehill Terr.
   Union, NJ 07083

Social Security No.:
   xxx−xx−9763

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/12/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 13, 2019
JAN: rah

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-18035-SLM
Geraldine J. Morgan                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Dec 13, 2019
                              Form ID: 148             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
```
db              +Geraldine J. Morgan,    1094 Battlehill Terr.,   Union, NJ 07083-4802
518194477       +Children First Orthopedic,    194 Main St,   Millburn, NJ 07041-1144
518194479       +Equifax,    POB 740241,    Atlanta, GA 30374-0241
518194480       +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518194482       +Laboratory Corp. of America,    45 Academy St #207,   Newark, NJ 07102-2900
518194485       +New Jersey Gross Income Tax,    P.O Box 046,   Trenton, NJ 08646-0046
518297269       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518285209       +Toyota Motor Credit Corporation,    dba Lexus Financial Services,    PO Box 9013,
                 Addison, Texas 75001-9013
518398930       +VHDA,    PO Box 4627,   Richmond, VA 23220-8627
518194495       +Va Hsng Devel Authorit,    Attn: Bankruptcy Dept,   601 S. Belvidere St,
                 Richmond, VA 23220-6504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2019 00:03:46      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2019 00:03:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Dec 14 2019 04:28:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,   Norfolk, VA 23541-1021
518194474       +EDI: RMCB.COM Dec 14 2019 04:28:00      AMCA/American Medical Collection Agency,
                 Attention: Bankruptcy,    4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-1615
518316028        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2019 00:11:50
                 Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518194475       +EDI: CAPITALONE.COM Dec 14 2019 04:28:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518230045       +EDI: AIS.COM Dec 14 2019 04:28:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518194476       +Fax: 602-659-2196 Dec 14 2019 00:25:15      Chex System,   7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
518194478       +EDI: CITICORP.COM Dec 14 2019 04:28:00      Citibank,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
518330398        EDI: Q3G.COM Dec 14 2019 04:28:00      Department Stores National Bank,   c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
518194481       +EDI: IRS.COM Dec 14 2019 04:28:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
518272151       +EDI: MID8.COM Dec 14 2019 04:28:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518194483       +EDI: MID8.COM Dec 14 2019 04:28:00      Midland Funding,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
518194484       +EDI: NAVIENTFKASMSERV.COM Dec 14 2019 04:28:00      Navient,   Attn: Bankruptcy,   Po Box 9000,
                 Wiles-Barr, PA 18773-9000
518256033       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 14 2019 00:01:30
                 Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,   PO BOX 8961,
                 Madison, WI 53708-8961
518194486       +E-mail/Text: bnc@nordstrom.com Dec 14 2019 00:03:10      Nordstrom FSB,   Attn: Bankruptcy,
                 Po Box 6555,   Englewood, CO 80155-6555
518331418        EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery Associates, LLC,   c/o Goodyear,
                 POB 41067,   Norfolk VA 23541
518326856        EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery Associates, LLC,   c/o Lord & Taylor,
                 POB 41067,   Norfolk VA 23541
518330872        EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery Associates, LLC,
                 c/o Rse Cnvtd Bulk Go,   POB 41067,    Norfolk VA 23541
518322253        EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Mastercard,   POB 41067,    Norfolk VA 23541
518194487       +EDI: PRA.COM Dec 14 2019 04:28:00      Portfolio Recovery,   Po Box 41021,
                 Norfolk, VA 23541-1021
518194489       +E-mail/Text: bankruptcy@savit.com Dec 14 2019 00:04:46      SaVit Collection Agency,
                 Attn: Bankruptcy,   Po Box 250,    East Brunswick, NJ 08816-0250
518194488       +EDI: DRIV.COM Dec 14 2019 04:28:00      Santander Consumer USA Inc.,   Attn: Bankruptcy,
                 Po Box 961245,   Fort Worth, TX 76161-0244
518195132       +EDI: RMSC.COM Dec 14 2019 04:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518194490       +EDI: RMSC.COM Dec 14 2019 04:28:00      Synchrony Bank,   PO BOX 960061,
                 Orlando, FL 32896-0061
518194491       +EDI: RMSC.COM Dec 14 2019 04:28:00      Synchrony Bank/Gap,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
518194492        EDI: TFSR.COM Dec 14 2019 04:28:00      Toyota Financial Services,   Attn: Bankruptcy,
                 Po Box 8026,   Cedar Rapids, IA 52409
518194493        EDI: TFSR.COM Dec 14 2019 04:28:00      Toyota Motor Credit Co,   Toyota Financial Services,
                 Po Box 8026,   Cedar Rapids, IA 52408
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Dec 13, 2019
                              Form ID: 148               Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518194494      E-mail/Text: DASPUBREC@transunion.com Dec 14 2019 00:01:28      TransUnion,
                555 W. Adams Street,    Chicago, IL 60661
518303557     +EDI: AIS.COM Dec 14 2019 04:28:00      Verizon,   by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518194496      EDI: WFFC.COM Dec 14 2019 04:28:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                Greenville, SC 29606
518299617      EDI: WFFC.COM Dec 14 2019 04:28:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 32

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Geraldine J. Morgan michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```